LAW OFFICES
LAWRENCE D. GERZOG
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2707
NEW YORK, NEW YORK 10279

TELEPHONE (212) 486-3003
FACSIMILE (212) 732-8486

May 2, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 06, 2013
```

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Donald McCalmont,
      Criminal Docket No.13-268 (JMF)

Dear Judge Furman:

I received a telephone call from attorney Ronald Levinson telling me about a conversation he had with Alexandra Barnes of your chambers. I am substituting as counsel for Donald McCalmont in place of Mr. Levinson.

As you know, your Individual Rules require an in-person appearance for changes of counsel, but Mr. Levinson told me that Ms. Barnes told him that if I wrote to you and explained that he was retained for purposes of arraignment and bail, and that I have been retained for the entire case going forward, have read the docket, and am prepared to meet and comply with all dates set, the change of counsel may be made by letter.

Assuming what I have been told is correct, I am submitting this letter to notify the Court, Mr. Levinson and government counsel of this change. I will also file a formal Notice of Appearance.

Respectfully yours,

Lawrence D. Gerzog

cc.: Mr. Donald McCalmont
     Ronald Levinson, Esq.
     Joshua Naftalis, Esq., A.U.S.A.

Given the stage of this case and counsel's representations, there is no need to appear for substitution of counsel, but counsel must submit a stipulation of substitution of counsel signed by outgoing counsel, incoming counsel, and the defendant to be so ordered by the Court.

SO ORDERED.

May 6, 2013