LAW OFFICES
LAWRENCE D. GERZOG
233 BROADWAY, SUITE 2707
NEW YORK, NEW YORK 10279
(212) 486-3003
(212) 732-8486 (fax)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 06, 2013
```

May 3, 2013

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:    United States v. Donald McCalmont,
                  Criminal Docket No. 13-268 (JMF)

Dear Judge Furman:

      Mr. McCalmont would like to travel to Plattsburgh NY on Sunday May 12 to pick up his car. The car is actually in Canada; a friend would drive it over the border and would meet him in Plattsburgh.

      His itinerary would be as follows:

      On Sunday May 12, he would travel by the LIRR from Massapequa to Penn Station NYC, then travel by train (Amtrak) from Penn Station, departing 8:15 a.m., arriving at Plattsburgh, NY, at 3:15 p.m. He would stay overnight at a motel in Plattsburgh, and then drive back on Monday, May 13, during the day, arriving in Massapequa, NY in the late afternoon or early evening.

      Both Pre-Trial Services and the government have agreed to this request.

                            Respectfully yours,

                            Lawrence D. Gerzog

cc.:    Joshua Naftalis, Esq., A.U.S.A.
       Harris Fischman, Esq., A.U.S.A.
       U.S. Pre-Trial Officer Carlos Ramirez

Application GRANTED.

SO ORDERED.

Jesse M. Furman
United States District Judge

May 6, 2013